PD-0394-15

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

| | | |
|---|---|---|
| CODY LAMONT BLAYLOCK | § | |
| VS. | § | MOTION FOR LEAVE REQUESTING SECOND EXTENSION DUE TO LOCKDOWN |
| STATE OF TEXAS | § | |

*granted to 6-17-15 PC 6-2-15*

COMES NOW petitioner in the above styled cause having received an extension from this Court to file his Petition for discretionary review until June 2,2015. Petitioner requests a second extension to file his pro se PDR as just cause shows the followingh:

I.

This cause originated in the 114th District Court of Smith County, Texas in trial cause 114-1070-10. It was affirmed in the Twelfth court of Appeals in cause No.12-13-00363-CR(PD-0394-15). Petitioner depends on another offender to assist him with his pleadings.

He is indigent and unable to afford an attorney and unskilled in law. After receiving an extension from this Court the Coffield Unit where he is housed went on lockdown on April 27,2015. The lockdown was finished on May 15,2015,a little over a week ago. This (18) eighteen days cost him an opportunity to have completed and perfected his PDR. Accordingly, he begs leave of this court for (15) fifteen days to perfect his pleadings. This is not meant to delay but to ensure that justice is served in this case.

WHEREFORE,PREMISES,CONSIDERED he prays for an additional (15) fifteen days to prepare his PDR.

Respectfully submitted

*Cody Blaylock*

Cody Lamont Blaylock#1898259
Coffield Unit
2661 FM 2054
Tennessee Colony,Tx 75884

-1-

## CERTIFICATE OF SERVICE

I Cody L. Blaylock hereby certify that a true and correct copy of this "Motion For Leave Requesting Second Extension Due To Lockdown" was sent to the Clerk of the Court of Criminal Appeals of Texas via U.S. mail postage prepaid by placing same in the mail slot at the Coffield Unit. Executed on this 26th day of _May_ 2015.

_Cody Blaylock_
signature

## UNSWORN DECLARATION

I, Cody L. Blaylock #1898259 being presently incarcerated at the Coffield Unit located in Anderson County, Texas declare under penalty of perjury that the foregoing is true and correct according to my belief. Executed on this 26th day of _May_ 2015

_Cody Blaylock_
signature